UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ROBERT ANTHONY SEALEY, | ) | |
| *Plaintiff*, | ) | CASE NO.   CV13-00975-BJR |
| v. | ) | |
| | ) | ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT |
| FRANK BUSICHIO, *et al.*, | ) | |
| *Defendants*. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed [17] Plaintiff's Amended Complaint, [28] Defendant's Motion for Summary Judgment, and [35] the Report and Recommendation of the Honorable J. James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find that:

(1) The Magistrate Judge correctly concluded that Plaintiff failed to exhaust the administrative remedies available to him as required by 42 U.S.C. § 1997e(a), and the exhaustion requirement is not excused;

1

(2) Plaintiff's Objections to the Report and Recommendation are dismissed because they simply reiterate arguments made in response to Defendants' Motion for Summary Judgment. These arguments were considered by the Magistrate Judge;

(3) The Court ADOPTS the Report and Recommendation;

(4) Accordingly, Plaintiff's Complaint is DISMISSED without prejudice and this case is CLOSED.

(5) The Clerk of the Court is respectfully directed to send copies of this Order to Plaintiff, Defendants, and to Judge Donohue.

**IT IS SO ORDERED.**

DATED this 10th day of October, 2014.

*Barbara J. Rothstein*

---
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE